CONCORD CASUALTY AND SURETY COMPANY, Appellant, v. WILLIAM CAVA, Respondent.— Order vacating and setting aside confession of judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

DAMPSKIBS AKTIESELSKABET ELDRID, a Corporation, Respondent, v. GUISIPPINA PARASCANDOLA, Individually and as Administratrix, etc., of JOSEPH AUDITORE, Deceased, and as Guardian of PAULINE AUDITORE and Others, Infants, Appellant.*
— Judgment as against Guisippina Parascandola, individually and as guardian of Pauline Auditore, Jennie Auditore, Carmela Auditore and Carmelo Auditore, infants, reversed on the law and the complaint dismissed, without costs. There is no proof of liability on the part of Guisippina Parascandola individually or as guardian. In all other respects the judgment is unanimously affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

MICHAEL J. DAVIS, Respondent, v. APOLLO MAGNETO CORPORATION and Others, Appellants.— Judgment modified by inserting after the word " whatsoever " in the last line of the second paragraph of the decretal portion thereof the following: But defendants may make and market a stabilizer of substantially the same material and shape as the Davis Stabilizer, provided it is free from the distinctive bright rivets and rivet-heads and precise form of roughening on the members of the device, and any distinctly decorative features of the Davis Stabilizer; and provided further, that there appear conspicuously thereon the word " Apollo " or the words " Apollo Stabilizer," or any other name distinctively different from " Davis," so that such appellation is inseparably part of a member of the device. As so modified the judgment is unanimously affirmed, without costs. No opinion. Conclusion of law numbered 6 is amended by inserting therein a corresponding provision. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

---

* Motion to dismiss appeal denied, 263 N. Y. 670; affd., 264 N. Y. 450.